UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO
Eastern Division

Wesco Insurance Company,   Case Number _____

        Plaintiff,

v.   **SUMMONS**

Yellowstone Partners, LLC; David H. Hansen; Richard K. Baird; Paul Weimer; Michael G. Dustin; KayLynn Dalebout,

        Defendants.

**NOTICE:** **YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF(S).** THE COURT MAY ENTER JUDGMENT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 20 DAYS. **READ THE INFORMATION BELOW.**

**TO:** Yellowstone Partners, LLC
3340 Merlin Drive
Idaho Falls, Idaho 83404

    **YOU ARE HEREBY NOTIFIED** that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court within 20 days after service of this Summons on you. If you fail to so respond the court may enter a judgment against you as demanded by the Plaintiff(s) in the Complaint.

    A copy of the Complaint is served with this Summons. If you wish to seek the advice of or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

    An appropriate written response requires compliance with Rule 10(a)(1) and other Idaho Rules of Civil Procedure and shall also include:

    1.    The title and number of this case.

    2.    If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

    3.    Your signature, mailing address and telephone number, **or** the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named court.

**DATED** this ____ day of December, 2017.

                                      CLERK OF THE DISTRICT COURT

                                      By_____
                                              Deputy Clerk