PDQ Process Services
PO BOX 4724
Pocatello, ID 83205
208-339-4939

## UNITED STATES DISTRICT COURT
## for the
## District of Idaho

| | |
|---|---|
| **WESCO INSURANCE COMPANY** ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> **YELLOWSTONE PARTNERS, LLC;** ) <br> **DAVID H. HANSEN; RICHARD K.** ) <br> **BAIRD; PAUL WEIMER; MICHAEL** ) <br> **G. DUSTIN; KAYLYNN DALEBOUT,** ) <br> **Defendant(s).** ) | Civil Action No. 4:17-cv-00490-DCN <br><br> **AFFIDAVIT OF SERVICE** <br> **(Summons and Complaint for the Declaratory Judgment)** |

STATE OF IDAHO )
: ss
COUNTY OF BANNOCK )

I swear under oath:

1. I am a resident of BANNOCK County, State of Idaho, over the age of eighteen (18) years, and NOT a party to the above-entitled action.

2. On the 10th day of January 2018, I personally served copies of the Summons and Complaint for the Declaratory Judgment on Yellowstone Partners, LLC, the Defendants, to Eric. L. Olsen (Registered Agent), in the County of BANNOCK, State of Idaho, at (address): <u>505 Pershing, Suite 100 POCATELLO, IDAHO 83201.</u>

_Lisa Cone_
Signature of Process Server

LISA CONE
Typed or Printed Name of Process Server

SUBSCRIBED AND SWORN TO before me this __16__ day of __January__, 20__18__

_signature_
Deputy Clerk or Notary Public for Idaho
If Notary, my commission expires:

[Notary Seal: GREG HILLARY, NOTARY PUBLIC, STATE OF IDAHO]